USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN,

        Plaintiff,

-against-

& HAIR LOUNGE INC., et al.,

        Defendants.

18-CV-11905 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiffs' motion for sanctions (Dkt. No. 92) and defendants' declaration in opposition (Dkt. No. 95). Judge Moses will hold a telephonic conference in this matter on **March 27, 2020 at 11:00 am**. Counsel are directed to call the Court's conference line **(888) 557-8511** a few minutes before 11:00 am and enter the access code **7746387.** Plaintiffs are directed to submit a copy of the January 26, 2020 advertisement via ECF by **9:00 a.m. on March 27, 2020**.

Dated: New York, New York
      March 26, 2020             **SO ORDERED**.

                                          **BARBARA MOSES
United States Magistrate Judge**