USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, et al.,

        Plaintiffs,

-against-

& HAIR LOUNGE, et al.,

        Defendants.

18-CV-11905 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic conference, plaintiffs' motion for publication fees and related relief (Dkt. No. 92) is **GRANTED IN PART**. Defendants shall pay the full cost ($1500) of the two *World Journal* advertisements, as directed by the Order dated January 14, 2020 (Dkt. No. 86), no later than **April 3, 2020**. Contingent on compliance with this deadline, no further sanctions will be imposed.

Discovery having concluded (*see* Dkt. No. 50), and plaintiffs' counsel having reported during today's teleconference that no additional plaintiffs have opted in, the parties are directed to submit a joint letter, no later than **April 10, 2020**, informing the Court whether any party intends to move for summary judgment. If so, the letter shall include a proposed briefing schedule. If not, the letter shall propose a deadline for the parties' joint pretrial order.

Dated: New York, New York
      March 27, 2020               **SO ORDERED**.

                                              **BARBARA MOSES**
                                              **United States Magistrate Judge**