**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT L
Tel: (718) 762-1324   troylaw@troypllc.com   Fax
41-25 Kissena Boulevard, Suite 103, Flushing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/2021_

August 31, 2021

<u>*Via* ECF</u>
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Second Request for 7-Day Extension of Time to Submit Joint Pretrial Order and Related Submission by September 07, 2021</u>
*Yuan et al v. & Hair Lounge Inc. et al*, No. 18-cv-11905 (AT) (BCM), (S.D.N.Y.)

Dear Honorable Analisa Torres,

This office represents the Plaintiffs in the above-referenced matter. We write jointly with Defendants' counsel to request a 7-day extension of time to submit joint pretrial order and related submission by September 07, 2021. Pursuant to Your Honor's prior Order, the parties shall submit the above-mentioned briefs by August 31, 2021.

This is the parties' second request for extension in this matter and it is respectfully submitted that granting such request will not prejudice any party.

On August 29, 2021, Plaintiff's counsel propounded the joint pretrial order and jury materials to the Defendants' counsel via email.

The parties respectfully apologize for not having formally pursued an extension of time at an earlier juncture, at least two (2) business days prior to the deadline, in accordance with Your Honor's Individual Rule I.C.

As of submitting this request. Defendants' counsel was preoccupied with a bench trial in another unrelated action with the undersigned office.

Plaintiff's counsel will work diligently with Defendants' counsel to keep up and complete the submission of joint pretrial order by the new proposed deadlines.

We sincerely apologize for any inconvenience caused to this Court and respectfully thank the Court for its time and consideration in this matter.

GRANTED.  No further extensions will be granted.

SO ORDERED.

Dated: September 2, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge