UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2021
```

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On August 18, 2021, the Court ordered the parties to submit blackout dates for trial covering the first quarter of 2022 by November 3, 2021. ECF No. 125. That submission is now overdue. Accordingly, by **November 5, 2021**, at **5:00 p.m.**, the parties shall file their blackout dates for the first quarter of 2022.

SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge