UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

        Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021
```

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Given the unavailability of Defendant Lu in the first quarter of 2022, ECF No. 136, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for the second calendar quarter of 2022. By **February 1, 2022**, the parties shall submit blackout dates for trial.

    The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

    SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge