UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

          Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/2022_

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On November 16, 2021, the Court ordered the parties to provide blackout dates by February 1, 2022. ECF No. 137. Defendant has failed to comply with this order. Accordingly, by **February 3, 2022**, at **5:00 p.m.**, Defendant shall submit blackout dates for the second calendar quarter of 2022.

    SO ORDERED.

Dated: February 2, 2022
       New York, New York

                                    ANALISA TORRES
                             United States District Judge