```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

     Plaintiff,

   -against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

     Defendants.

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

  The Court has determined it is not feasible to set a trial date in this matter in the second quarter of 2022. Accordingly, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for this matter in the third or fourth calendar quarters of 2022. Accordingly, by **May 1, 2022**, the parties shall submit blackout dates for the third and fourth calendar quarters of 2022.

  The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

  SO ORDERED.

Dated: March 4, 2022
   New York, New York

               ANALISA TORRES
              United States District Judge