```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

           Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

           Defendants.

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Trial in this matter is set to begin on **November 21, 2022**, at **9:00 a.m**. The final pretrial conference shall take place on **November 15, 2022**, at **1:00 p.m.** Both shall take place in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. By **October 1, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order and the related filings.

    Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. By **August 1, 2022**, the parties shall file a joint letter advising whether they wish to be referred to a magistrate judge for settlement discussions.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge