UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

        Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2022
```

18 Civ. 11905 (AT) (BCM)

**ORDER**

ANALISA TORRES, United States District Judge:

    Trial in this matter is set to begin on **November 21, 2022**, at **9:00 a.m**. ECF No. 146. Because of the substantial backlog of trial-ready cases due to the COVID-19 pandemic, this date is only tentative, and the trial may be delayed further. The parties are reminded that they may consent to proceed before the Honorable Barbara C. Moses, who would then oversee the trial and resolve any pending matters before the Court.

    If the parties consent to Judge Moses' jurisdiction, by **August 5, 2022**, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 on the docket. The parties are free to withhold consent without negative consequences. If the Court approves that form, all further proceedings will then be conducted before Judge Moses. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as with any matter heard by a district judge.

    Further, by **August 5, 2022**, the parties shall definitively state if they would like to be referred to Judge Moses for a settlement conference. Given the time necessary to schedule such a conference, failure to decide by August 5, 2022, may result in the Court being unable to schedule such a conference before the current trial date.

    SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge