```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, individually and on behalf of all other Employees similarly situated,

        Plaintiff,

-against-

& HAIR LOUNGE INC., HAIR LOUNGE II INC., MIN FEI CHEN a/k/a WENDY CHEN, and CHEN LUNG LU a/k/a EDISON LU, JOHN DOE #1-10 and JANE DOE #1-10,

        Defendants.

18 Civ. 11905 (AT) (BCM)

**ORDER**

ANALISA TORRES, United States District Judge:

    On July 11, 2022, the Court ordered the parties to submit a joint letter summarizing any necessary alterations to the pretrial order and the related filings by October 1, 2022. ECF No. 146. That submission is now overdue. Accordingly, by **October 7, 2022**, the parties shall submit their joint letter.

    SO ORDERED.

Dated: October 3, 2022
       New York, New York

                              ANALISA TORRES
                            United States District Judge