```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
DONG YUAN, and
XUANHAO XU,
*on behalf of themselves and others similarly situated,*

         Plaintiffs,

-against-

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
 a/k/a Wendy Chen,
CHEN LUNG LU
 a/k/a Edison Lu,
JOHN DOE #1-10, and
JANE DOE #1-10,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2022_

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 The parties anticipate that Plaintiffs Dong Yuan and Xuanhao Xu, Defendants Min Fei Chen a/k/a Wendy Chen and Chen Lung Lu a/k/a Edison Lu, and some witnesses will need to testify in Chinese with the help of an interpreter at trial. ECF Nos. 129 at 2, 5; 153-2 at 5. The parties must arrange for the presence of a certified simultaneous interpreter. The Court shall not allow consecutive interpretation at trial.

 In addition, such interpreters are responsible for bringing all necessary equipment. The Court will not provide the parties' interpreters with any equipment.

 SO ORDERED.

Dated: November 8, 2022
   New York, New York

                 *[signature]*
               ANALISA TORRES
             United States District Judge