```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN, and
XUANHAO XU,
*on behalf of themselves and others similarly situated,*

                Plaintiffs,

-against-

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
    a/k/a Wendy Chen,
CHEN LUNG LU
    a/k/a Edison Lu,
JOHN DOE #1-10, and
JANE DOE #1-10,

                Defendants.

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 28, 2022, a jury rendered a verdict in favor of Plaintiff, Dong Yuan, as to Defendants & Hair Lounge Inc., & Hair Lounge II Inc., Min Fei Chen a/k/a Wendy Chen, and Chen Lung Lu a/k/a Edison Lu. ECF No. 176. That same day, the Court ordered Yuan to file a proposed judgment by December 5, 2022. On December 11, 2022, Yuan did so and filed his proposed calculation of damages. ECF No. 178. Accordingly, by **December 27, 2022**, Defendants shall inform the Court whether they object to Yuan's proposed calculation of damages.

    SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                                   ANALISA TORRES
                                         United States District Judge