UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONG YUAN, and
XUANHAO XU,

        Plaintiffs,

  -against-

& HAIR LOUNGE INC., & HAIR LOUNGE II
INC., MIN FEI CHEN a/k/a Wendy Chen, CHEN
LUNG LU a/k/a Edison Lu, JOHN DOE #1-10,
and JANE DOE #1-10,
        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2022_

18 Civ. 11905 (AT)

**JUDGMENT AS TO PLAINTIFF <u>XUANHAO XU</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Analisa Torres, United States District Judge, the jury having returned a verdict in favor of Defendants & Hair Lounge Inc., & Hair Lounge II Inc., Min Fei Chen a/k/a Wendy Chen, and Chen Lung Lu a/k/a Edison Lu and against Plaintiff Xuanhao Xu.

DATED: New York, New York
    December 28, 2022

So Ordered:

_____
ANALISA TORRES
United States District Judge

RUBY J. KRAJICK
_____
Clerk of Court

BY: K. Mango
_____
Deputy Clerk