UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN,
*on behalf of himself and others similarly situated,*

                                Plaintiff,

-against-

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
    a/k/a Wendy Chen,
CHEN LUNG LU
    a/k/a Edison Lu,
JOHN DOE #1-10, and
JANE DOE #1-10,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2023_

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 27, 2023, the Court ordered Defendants & Hair Lounge II Inc. and Chen Lung Lu a/k/a Edison Lu to file their answering papers in advance of an order to show cause hearing by April 3, 2023. ECF No. 197. Those submissions are now overdue. Accordingly, by **April 18, 2023**, Defendants & Hair Lounge II Inc. and Chen Lung Lu a/k/a Edison Lu shall file their answering papers, and by **April 25, 2023**, Plaintiff, Dong Yuan, shall file his reply papers, if any. The order to show cause hearing for contempt of court for Defendants & Hair Lounge II Inc. and Chen Lung Lu a/k/a Edison Lu scheduled for April 25, 2023, is ADJOURNED to **May 9, 2023**, at **2:30 p.m.**

    SO ORDERED.

Dated: April 4, 2023
       New York, New York

                                                      ANALISA TORRES
                                                     United States District Judge