UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONG YUAN,
*on behalf of himself and others similarly situated,*

                       Plaintiff,

-against-

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
    a/k/a Wendy Chen,
CHEN LUNG LU
    a/k/a Edison Lu,
JOHN DOE #1-10, and
JANE DOE #1-10,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/2023_

18 Civ. 11905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The order to show cause hearing scheduled for May 9, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                               ANALISA TORRES
                                            United States District Judge