```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DONG YUAN,

                                    Plaintiff,

            -against-

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
     a/k/a Wendy Chen,
CHEN LUNG LU
     a/k/a Edison Lu,
JOHN DOE #1-10, and
JANE DOE #1-10,

                                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/13/2023_

18 Civ. 11905 (AT) (BCM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 207, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for attorney's fees and costs is GRANTED, in accordance with the R&R, R&R at 17–19, as follows:

1. Hui Chen and Associates, PLLC, shall be awarded $7,200 in fees, and $400 in costs, *id.* at 16, 18; and
2. Troy Law, PLLC shall be awarded $21,925 in fees, *id.* at 17.

The Court shall issue an amended judgment reflecting the above.

The Clerk of Court is directed to terminate the motion at ECF No. 191.

SO ORDERED.

Dated: July 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge