```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------
DONG YUAN,

                             Plaintiff,

                v.

& HAIR LOUNGE INC.,
& HAIR LOUNGE II INC.,
MIN FEI CHEN
    a/k/a Wendy Chen,
CHEN LUNG LU
    a/k/a Edison Lu,
JOHN DOE #1–10, and
JANE DOE #1–10,

                            Defendants.
------------------------------------------------------------------x

18 Civ. 11905 (AT)

**AMENDED JUDGMENT AS TO PLAINTIFF DONG YUAN**

      IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff DONG YUAN (hereinafter "Plaintiff") has judgment against Defendants & HAIR LOUNGE INC., & HAIR LOUNGE II INC., MIN FEI CHEN a/k/a Wendy Chen, CHEN LUNG LU a/k/a Edison Lu, (hereinafter collectively "Defendants"), in the amount of $66,755.44 before post-judgment interest, attorney fees, costs, and NYLL § 198.4 damages, as follows:

- against & HAIR LOUNGE INC. and MIN FEI CHEN a/k/a Wendy Chen, jointly and severally, in the amount of $32,299.81, consisting of (A) compensatory damages for unpaid wages (minimum wages, overtime, wages, and spread of time wages) under the New York Labor Law (hereinafter "NYLL") in the amount of $8,987.68; (B) liquidated damages for unpaid wages under the NYLL in the amount of $8,987.68; (C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00; (D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and (E) prejudgment interest calculated at the rate of 9% per annum and totaling $4,324.46.

- against & HAIR LOUNGE II INC. and CHEN LUNG LU a/k/a Edison Lu, jointly and

severally, in the amount of $34,455.63, consisting of (A) compensatory damages for unpaid wages (minimum wages, overtime, wages, and spread of time wages) under the NYLL in the amount of $9,962.79; (B) liquidated damages for unpaid wages under the NYLL in the amount of $9,962.79; (C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00; (D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and (E) prejudgment interest calculated at the rate of 9% per annum and totaling $4,530.06.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff be awarded attorney fees against Defendants, all jointly and severally, in the amount of $29,125, and costs in the amount of $400, as set forth in ECF No. 207.

IT IS FURTHER ORDERED: that Plaintiff be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198.4.

The Clerk of Court is directed to enter judgment consistent with this order.

SO ORDERED.

Dated: July 13, 2023
New York, New York

ANALISA TORRES
United States District Judge